# UNITED STATES DISTRICT COURT
for the
for the Northern District of Illinois

| | |
|---|---|
| **VISHAL SHAH, individually and on behalf of all others similarly situated,** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **Life Protect 24/7, Inc.** ) ) *Defendant* | Civil Action No. 25-cv-09124 |

## AFFIDAVIT OF SERVICE

I, Keosha Willis, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Life Protect 24/7, Inc. in VA on August 5, 2025 at 3:03 pm at 6160 Commander Parkway, Norfolk, VA 23502 by leaving the following documents with Michael Wilkson who as HR Admin is authorized by appointment or by law to receive service of process for Life Protect 24/7, Inc..

Summons In A Civil Action

White Male, est. age 35-44, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=36.8819989289,-76.2032094217
Photograph: See Exhibit 1


Total Cost: $136.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Norfolk , VA  on  8/6/2025 .

/s/ *Keosha Willis*
Signature
Keosha Willis
+1 (757) 814-4415



Exhibit 1a)



Exhibit 1b)