IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE PROTECT 24/7, INC.,<br><br>    Defendant. | Case No. 1:25-cv-09124 |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**

Defendant Life Protect 24/7, Inc. ("Defendant") hereby brings its Unopposed Motion to Extend Time to Respond to Plaintiff's Class Action Complaint ("Complaint") (Dkt. 1), and in support thereof, states as follows:

1. On August 1, 2025, Plaintiff filed his Complaint (Dkt. 1). The Complaint and summons were served on Defendant on August 5, 2025, resulting in an August 26, 2025 responsive pleading deadline. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2. On Tuesday, August 5, 2025, Defendant offered to waive service of the Complaint. However, Plaintiff informed Defendant in response that the summons and Complaint had already been dispatched with a process server, and thus service had either already been completed or would be imminently.

3. Counsel for Defendant immediately responded, informing Plaintiff's counsel that first, he would be traveling until the following week and second, that Defendant was lacking certain information necessary to respond to the Complaint. Defendant therefore asked Plaintiff to agree to an extended deadline to respond of September 16, 2025, three weeks beyond the original deadline.

4. On August 19, 2025, Plaintiff's counsel responded that Plaintiff had no objection to the September 16, 2025 extension requested by Defendant.

5.      This motion is not made for the purposes of delay, harassment, or any other improper purpose.

WHEREFORE, Defendant respectfully requests that the Court:

A.      Grant its Unopposed Motion to Extend Time to Respond;

B.      Enter an Order setting a date of September 16, 2025 by which Defendant must respond to Plaintiff's Complaint; and

C.      Grant any further relief which is appropriate and just under the circumstances.

Dated:  August 22, 2025

                         Respectfully submitted,

                         LIFE PROTECT 24/7, INC.

By:     /s/ *Brian W. Ledebuhr*

        Brian W. Ledebuhr (IL# 6294417)
        Brian B. Druchniak (IL# 6332633)
        VEDDER PRICE P.C.
        222 N. LaSalle St., Ste 2600
        Chicago, Illinois 60601
        bledebuhr@vedderprice.com
        bdruchniak@vedderprice.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically filed the foregoing **Defendant's Unopposed Motion to Extend Deadline to Respond** with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

/s/ *Brian W. Ledebuhr*

Brian W. Ledebuhr (IL# 6294417)
Brian B. Druchniak (IL# 6332633
VEDDER PRICE P.C.
222 N. LaSalle St., Ste 2600
Chicago, Illinois 60601
bledebuhr@vedderprice.com
bdruchniak@vedderprice.com

*Attorneys for Defendant*