**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE PROTECT 24/7, INC.,<br><br>    Defendant. | Case No. 1:25-cv-09124 |

**NOTICE OF MOTION**

To: Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
T: (617) 738-7080
F: (617) 830-0327
anthony@paronichlaw.com

    PLEASE TAKE NOTICE that on **August 27, 2025** at **11:00 a.m.** or as soon thereafter as counsel may be heard, Defendant Life Protect 24/7, Inc. shall appear before the Honorable John R. Blakey, in the Courtroom usually occupied by him in Room 1203 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Unopposed Motion to Extend Time to Respond**, a copy of which will be electronically filed with the Clerk of the Court using the Court's CM/ECF filing system and thereby served upon you.

                                                                                             LIFE PROTECT 24/7, INC.

                                          By: /s/ *Brian W. Ledebuhr*

                                                    Brian W. Ledebuhr (IL# 6294417)
                                                    Brian B. Druchniak (IL# 6332633)
                                                    VEDDER PRICE P.C.
                                                    222 N. LaSalle St., Ste 2600
                                                    Chicago, Illinois 60601
                                                    bledebuhr@vedderprice.com
                                                    bdruchniak@vedderprice.com

                                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

/s/ *Brian W. Ledebuhr*

Brian W. Ledebuhr (IL# 6294417)
Brian B. Druchniak (IL# 6332633
VEDDER PRICE P.C.
222 N. LaSalle St., Ste 2600
Chicago, Illinois 60601
bledebuhr@vedderprice.com
bdruchniak@vedderprice.com

*Attorneys for Defendant*