## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Vishal Shah

                        Plaintiff,

v.                                                           Case No.: 1:25−cv−09124

                                                              Honorable John Robert Blakey

Life Protect 24/7, Inc.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion to extend the responsive pleading deadline. [8]. Defendant shall respond to Plaintiff's complaint by 9/16/25. The Court strikes the 8/27/25 Notice of Motion date. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.