UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., <br><br> Defendant. | Case No. 1:25-cv-09124 <br><br> Honorable John Robert Blakey |

**DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Life Protect 24/7, Inc. ("Defendant") states that there is no corporate parent or publicly held corporation that owns 10% or more of Defendant. Pursuant to Local Rule 3.2, Defendant states that, after a diligent review, Defendant's only affiliate is Brad Peterson, CEO of Life Protect 24/7, Inc.

Dated: September 16, 2025

Respectfully submitted,

LIFE PROTECT 24/7, INC.

By: /s/ *Brian W. Ledebuhr*

    One of Its Attorneys

Brian W. Ledebuhr
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7500

*Attorney for Defendant*

VP/#73153438