IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all other similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-09124 |
| LIFE PROTECT 24/7, INC., | Honorable John Robert Blakey |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 24, 2025 at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his stead in Courtroom 1203 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and shall present Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: September 16, 2025

Respectfully submitted,

LIFE PROTECT 24/7, INC.

By:   /s/ Brian W. Ledebuhr

Brian W. Ledebuhr (IL# 6294417)
Brian B. Druchniak (IL# 6332633)
VEDDER PRICE P.C.
222 N. LaSalle St., Ste. 2600
Chicago, Illinois 60601
bledebuhr@vedderprice.com
bdruchniak@vedderprice.com

*Attorneys for Defendant*

VP/#73153406