## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Vishal Shah

                      Plaintiff,

v.                                          Case No.: 1:25−cv−09124

                                                Honorable John Robert Blakey

Life Protect 24/7, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable John Robert Blakey: In light of Defendant's motion to dismiss, [12], Plaintiff shall review the Court's Standing Order on Motions to Dismiss, which is available on the Court's homepage at www.ilnd.uscourts.gov. Consistent with the purpose of the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, this Court's Standing Order requires Plaintiff to make an election as to whether he will amend his complaint under Rule 15(a)(1), or stand on the current complaint and proceed with briefing on the motion to dismiss. To this end, Plaintiff shall, by 10/13/25, file either an amended complaint or a response to the motion to dismiss. If Plaintiff files a response, Defendant shall file a reply by 10/27/25; if Plaintiff elects to amend, Defendant shall file within 21 days of the amended pleading either an answer or a revised motion to dismiss. The 9/24/25 Notice of Motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.