UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Vishal Shah
                          Plaintiff,

v.                                              Case No.: 1:25−cv−09124
                                                     Honorable John Robert Blakey

Life Protect 24/7, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2025:

      MINUTE entry before the Honorable John Robert Blakey: In light of Plaintiff's amended complaint [15], the Court denies without prejudice Defendant's motion to dismiss [12]. Defendant shall respond to the amended complaint by 10/24/25. The Court will set additional case management dates once Defendant files its responsive pleading. The Court grants the motion for leave to appear pro hac vice filed by attorney Matthew Charles Arensten [16]. The Clerk is directed to add attorney Matthew Charles Arensten to the docket as counsel for Defendant Life Protect 24/7, Inc. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.