# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Vishal Shah

                    Plaintiff,

v.                                           Case No.: 1:25−cv−09124

                                                                Honorable John Robert Blakey

Life Protect 24/7, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court adopts in part the parties' proposal, see [18] and sets the following case management dates: the parties shall exchange Rule 26(a)(1) disclosures by 10/31/25; issue written discovery by 11/3/25; amend their pleadings (to add claims, parties, etc.) by 11/22/25; and complete party and third−party discovery related to the issue of arbitrability of Plaintiff's individual TCPA claims by 1/15/26. Defendant shall file any motion to compel arbitration by 2/6/26; Plaintiff shall respond by 2/27/26; and Defendant shall file any reply by 3/6/26. If Defendant declines to file a motion to compel, the parties shall file a joint status report by 2/13/26 proposing additional case management dates. If at any time the parties agree that a settlement conference makes sense, they should call chambers to request one. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.