IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all other similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-09124 |
| LIFE PROTECT 24/7, INC., | Honorable John Robert Blakey |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AGREED ORDER CONCERNING CONFIDENTIAL INFORMATION**

Defendant Life Protect 24/7, Inc. ("Defendant") and Plaintiff Vishal Shah ("Plaintiff"), respectfully move pursuant to Court's Rules for the Entry of Agreed Order Concerning Confidential Information[1] (the "Order"), and in support thereof state as follows:

1. All parties in this action agree to the filing of this Motion and the entry of the Order.

2. This is an action where the parties anticipate the production of confidential information, as defined in Section 2 of the Order ("Confidential Information"), for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted.

3. In particular, good cause exists for entry of the Order because the parties may disclose Confidential Information, the disclosure of which may cause breach of confidentiality obligations and/or competitive, business or other injury to the disclosing party.

---

[1] The parties' proposed Order has been separately emailed to the Court's proposed order inbox.

4. To protect each party's Confidential Information, the parties have agreed to the Order.

5. The parties agree that, under the Order, information shall be designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" only after review of the information by counsel for the designating party, who will certify the designation is based on a good-faith belief the information is confidential or otherwise implicates common law or statutory privacy interests.

6. Counsel for the parties have signed the Order and consent to its entry.

WHEREFORE, the parties respectfully request the Court enter the parties' proposed Order.

Respectfully submitted this 24th day of October, 2025.

| LIFE PROTECT 24/7, INC. | PLAINTIFF |
|---|---|
| By: */s/ Matthew C. Arentsen* | By: */s/ Anthony I. Paronich* |

Matthew C. Arentsen (CO 45021)  
(*admitted pro hac vice*)  
BROWNSTEIN HYATT FARBER SCHRECK, LLP  
675 15th Street, Suite 2900  
Denver, CO 80202  
marentsen@bhfs.com

Brian W. Ledebuhr (IL# 6294417)  
Brian B. Druchniak (IL# 6332633)  
VEDDER PRICE P.C.  
222 N. LaSalle St., Ste. 2600  
Chicago, Illinois 60601  
bledebuhr@vedderprice.com  
bdruchniak@vedderprice.com

*Attorneys for Defendant*

Anthony I. Paronich  
PARONICH LAW, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
anthony@paronichlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I caused to be electronically filed a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF AGREED ORDER CONCERNING CONFIDENTIAL INFORMATION** via the Court's CM/ECF system which will notify all attorneys of record of the filing of this document.

/s/ Matthew C. Arentsen

Matthew C. Arentsen (CO 45021) (*admitted pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, CO 80202
marentsen@bhfs.com

Brian W. Ledebuhr (IL# 6294417)
Brian B. Druchniak (IL# 6332633
VEDDER PRICE P.C.
222 N. LaSalle St., Ste. 2600
Chicago, Illinois 60601
bledebuhr@vedderprice.com
bdruchniak@vedderprice.com

*Attorneys for Defendant*