# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., <br><br> Defendant. | Case No. 1:25-cv-09124 <br><br> Honorable John Robert Blakey |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on November 5, 2025 at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his stead in Courtroom 1203 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and shall present the Parties' Joint Motion for Entry of Agreed Order Concerning Confidential Information (the "Motion"). The Parties have agreed to and jointly submitted the Motion and its accompanying Proposed Confidentiality Order.

DATED: October 24, 2025

Respectfully submitted,

LIFE PROTECT 24/7, INC.

By: */s/ Matthew C. Arentsen*

Matthew C. Arentsen (CO 45021)
(admitted *pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, CO 80202
marentsen@bhfs.com

                Brian W. Ledebuhr (IL# 6294417)
                Brian B. Druchniak (IL# 6332633
                VEDDER PRICE P.C.
                222 N. LaSalle St., Ste. 2600
                Chicago, Illinois 60601
                bledebuhr@vedderprice.com
                bdruchniak@vedderprice.com

*Attorneys for Defendant*