IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated, | : | Case No. 25-cv-9124 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LIFE PROTECT 24/7, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

Plaintiff respectfully moves for leave to file an oversized opposition to Defendant's motion to dismiss, and states as follows:

1. Defendant filed its Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Complaint (the "MTD"). The brief raises multiple issues, including statutory construction of 47 U.S.C. § 227(c), the applicability of recent Supreme Court authority to the TCPA, and other theories.

2. Under Local Rule 7.1, memoranda in opposition are ordinarily limited to 15 pages, and replies to 5 pages, absent leave of Court.

3. Given the number and complexity of issues presented by the MTD—including questions of statutory text, agency deference, and competing district-court interpretations—Plaintiff respectfully requests a modest enlargement of 10 pages to allow for complete and efficient briefing without the need for piecemeal supplemental filings.

4. Plaintiff conferred with Defendant's counsel and Defendant consents.

5. The requested enlargement is reasonable and will aid the Court by allowing the parties to address the issues thoroughly in a single round of briefing.

6. This motion is made in good faith and not for purposes of delay. Granting the motion will not affect the currently-set briefing schedule; the parties will adhere to any deadlines previously ordered or subsequently set by the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion

DATED this 30th day of October, 2025.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*