**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Vishal Shah

                         Plaintiff,

v.                                                 Case No.: 1:25−cv−09124

                                                  Honorable John Robert Blakey

Life Protect 24/7, Inc.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 30, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff shall respond to Defendant's motion to dismiss [20] by 11/21/25, and Defendant shall file any reply by 12/5/25. Additionally, the Court grants the parties' motion for entry of an agreed confidential order [22]. Enter Order. The Court also grants Plaintiff's unopposed motion for leave to file an oversized brief [24]. The 11/5/25 Notice of Motion date is stricken as to all motions. Mailed notice. (evw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.