**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Vishal Shah
                           Plaintiff,

v.                                                        Case No.: 1:25−cv−09124
                                                              Honorable John Robert Blakey

Life Protect 24/7, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

       MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of settlement [27], the Court strikes all set dates and deadlines and instead orders the parties to file an updated status report or a stipulation of dismissal by 1/5/2026. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.