IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated, | : | Case No. 25-cv-9124 |
| Plaintiff, | : | |
| v. | : | |
| LIFE PROTECT 24/7, INC. | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Respectfully submitted in this 21st day of November, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

1