# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Vishal Shah

                        Plaintiff,

v.                                                    Case No.: 1:25−cv−09124

                                                           Honorable John Robert Blakey

Life Protect 24/7, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of voluntary dismissal [29], this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any putative class claims, both under Rule 41(a). All set dates and deadlines are stricken. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.